

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00252-CV

**OPEN SKY MEDIA, INC.**,
Appellant

v.

Tina **RABE**, NSIDE SA Magazine INC. and NSIDE Publications,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03938
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. All costs are ORDERED assessed against the party who incurred them.

SIGNED May 22, 2013.

_____
Luz Elena D. Chapa, Justice